VEGUILLA, RECURRENTE, *v.* EL REGISTRADOR DE GUAYAMA,
RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Guayama denegando la inscripción de un expediente posesorio.

No. 534.—Resuelto en junio 22, 1922.

IDENTIDAD DE FINCAS—DUDA DEL REGISTRADOR.—En el presente caso el registrador denegó la inscripción posesoria de una finca fundado en que en el registro aparecía inscrita otra finca de igual cabida sita en el mismo barrio y término municipal con igual colindancia al norte siendo Salomé Meléndez un colindante de ambas fincas aunque en una por el este y en otra por el sur, y porque además el promovente adquirió recientemente la finca que. trata de inscribir por compra a Juan Rosario Veguilla quien por sus dos apellidos parece ser hijo de los dueños de la que está inscrita y de quienes puede haberla adquirido. *Se resolvió:* que la duda del registrador era razonable y fundada por lo que la inscripción no era procedente. *Díaz* v. *El Registrador,* 16 D. P. R. 275.

Los hechos están expresados en la opinión.
Abogado del recurrente: *Sr. M. Guzmán Texidor.*
El registrador recurrido no compareció.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

En el Registro de la Propiedad de Guayama se halla inscrita desde el año 1913 con el número 1685 una finca que se describe así:

"Predio de terreno compuesto de ocho cuerdas equivalente a 3 hectáreas, 14 áreas y 43 centiáreas, radicado en el barrio 'Cercadillo' del término municipal de Cayey, colindando por el norte con el río 'Lapa', al sur con terrenos de Salomé Meléndez, al este con terrenos

de Aurelio Veguilla, y al oeste con los de Salustiano Santiago. Contiene una casa de maderas del país y techo de paja.''

En 1914 se hizo la segunda y última inscripción de esa finca a favor de Francisco Rosario y Rosario, casado con Pascasia Veguilla, por título de compra.

En agosto de 1921 Aurelio Veguilla promovió expediente posesorio de una finca que había comprado tres meses antes a Juan Rosario Veguilla, la que describió de esta manera:

''Predio de terreno compuesto de ocho cuerdas radicado en el barrio 'Cercadillo' del municipio de Cayey, lindantes al norte con el río 'Lapa', sur con terrenos de Juan Colón González, este Salomé Meléndez y oeste con Aurelio Veguilla.''

Al tratar Aurelio Veguilla de que fuera inscrita en el registro la declaración de posesión que obtuvo de dicha finca, el registrador la negó y contra esta resolución se ha interpuesto el presente recurso gubernativo.

La negativa de inscripción dice así:

''Denegada la inscripción del precedente expediente posesorio porque la finca que se pretende inscribir parece ser y hay duda razonable de que pueda ser la inscrita en el registro bajo el número 1685 al folio 113 del tomo 29 del ayuntamiento de Cayey, por cuanto son iguales sus cabidas, barrio, término y lindero norte y coinciden los nombres de algunos de los demás colindantes, aunque por diferente punto cardinal, en ambas fincas, y la cual finca 1685, por la circunstancia de hallarse inscrita a nombre de Francisco Rosario y Rosario, casado con Pascasia Veguilla, puede que la haya adquirido de éstos Juan Rosario Veguilla, causante del promovente Alfredo (¿? Aurelio) Veguilla y sea la misma que éste solicita inscribir; * * * .''

El hecho de que ambas fincas tengan la misma cabida, radiquen en el mismo barrio y término municipal, tengan igual la colindancia norte y sea Salomé Meléndez un colindante en ambas, aunque en una por el este y en la otra por el sur, y el hecho de que el recurrente Aurelio Veguilla haya adquirido recientemente la que pretende inscribir de Juan Rosario

Veguilla, quien por sus dos apellidos parece ser hijo de los dueños de la que está inscrita y de quienes puede haberla adquirido, son circunstancias bastantes para justificar una duda razonable en el registrador de que se trata de inscribir ahora a favor del recurrente la misma finca que ya está inscrita a favor de tercera persona y por esto no podemos revocar la nota del registrador y ordenar la inscripción que se interesa porque según dijimos en el caso de *Díaz v. El Registrador*, 16 D. P. R. 275, "el registrador debe negar la inscripción, no sólo cuando tiene certeza plena de que el derecho que se trata de inscribir lo está ya a nombre de persona distinta de la que otorga la transmisión, sino cuando tiene duda razonable y fundada de ello," y no se nos ha demostrado que tal duda carece de fundamento.

La nota recurrida debe ser confirmada.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Hutchison y Franco Soto.